# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00508-CV

**In re Juan C. Limas Nava**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of habeas corpus is dismissed for want of jurisdiction. *See* Tex. Gov't Code § 22.221(d); *see also* Tex. Code Crim. Proc. art. 11.05 (listing courts with authority to issue the writ of habeas corpus in criminal proceedings).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed:   August 20, 2015